■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN ORTIZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (D'Amaro, J.), rendered November 26, 1985, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Based on the circumstances of the case at bar, the sentencing court did not abuse its discretion in denying the defendant youthful offender treatment. Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP PENNA, Appellant.—Appeal by the defendant from two judgments of the County Court, Suffolk County (Vaughn, J.), both rendered July 6, 1983.

Ordered that the judgments are affirmed *(see, People v Harris,* 61 NY2d 9; *People v Cooke,* 61 AD2d 1060). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.